Barry C. Toone (Bar No. 018664)
Jeffrey C. Warren (State Bar No. 021383)
Abram N. Bowman (Bar No. 023112)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona  85012
(602) 643-2300
(602) 248-0947 – FAX
barry.toone@bowmanandbrooke.com
jeffrey.warren@bowmanandbrooke.com
abram.bowman@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

Attorneys for Defendant Ford Motor Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| E.J. DALENESS and SUSAN DALENESS, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a foreign corporation; SHANGHAI BAOLONG AUTOMOTIVE CORP.; SHANGHAI BAOLONG INDUSTRIES CORP.; SHANGHAI TOPSEAL AUTO ACCESSORIES COMPANY; DILL AIR CONTROL PRODUCTS, L.L.C.; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATION I-V; and XYZ PARTNERSHIPS I-V<br><br>Defendants. | No. 2:10-cv-01128-SMM<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>(Assigned to<br>Honorable Stephen M. McNamee) |

Defendant Ford Motor Company, by and through undersigned counsel, hereby provides notice to the Court that all parties to this litigation have reached a settlement of all claims.  Request is hereby made that all hearings, deadlines and other court-calendared

///

///

events be vacated.  The parties will file a stipulation to dismiss and will submit all necessary paperwork to dismiss this action as soon as possible

     DATED this 16th day of December, 2011.

                       BOWMAN AND BROOKE LLP

                       By: /s/ Abram N. Bowman
                           Barry C. Toone
                           Jeffrey C. Warren
                           Abram N. Bowman
                           Suite 1600, Phoenix Plaza
                           2901 North Central Avenue
                           Phoenix, Arizona  85012-2736///
                           Attorneys for Defendants Ford Motor Company

**CERTIFICATE OF SERVICE**

I hereby certify that on 16th day of December, 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and forwarded a copy by regular mail of the United States Post Office to:

>Taz F. Evans, Esq.
>Evans, Dove & Nelson, P.L.C.
>2650 E. Southern Avenue
>Mesa, Arizona 85204
>Attorney for Plaintiffs
>
>William M. Demlong, Esq.
>Aeryn A. Heidmann, Esq.
>Kunz Plitt Hyland & Demlong, P.A.
>3838 North Central Avenue
>Suite 1500
>Phoenix, Arizona 85012-1902
>Attorneys for Defendants
>Shanghai Baolong Automotive Corp. and
>Shanghai Baolong Industries Corp.

/s/Marcie.Buchanan